IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01042-RPM

MOLLY AMIR,

    Plaintiff,

v.

DENNY'S INCORPORATED,

    Defendant.

_____

ORDER DISMISSING THIRD CLAIM FOR RELIEF AND DENYING DEFENDANT'S
MOTION TO DISMISS SECOND CLAIM FOR RELIEF
_____

On consideration of the Defendant's Partial Motion to Dismiss under Fed.R.Civ.P. 12(b)(6), filed May 23, 2011, it is

ORDERED that the third claim for relief in the complaint is dismissed and the remainder of the partial motion to dismiss is denied.

DATED:   June 15th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge