IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01042-RPM

MOLLY AMIR,

    Plaintiff,
v.

DENNY'S INCORPORATED,

    Defendant.

---

### ORDER GRANTING RENEWED MOTION TO WITHDRAW

---

Pursuant to the hearing held today on the renewed motion to withdraw as counsel for the plaintiff, filed by Joshua Anderson on November 11, 2011, with the plaintiff Molly Amir appearing in person and Joshua E. Anderson appearing on the motion and with Joshua Brown appearing for the defendant and after hearing statements of Mr. Anderson and Ms. Amir, the Court finds and concludes that the attorney-client relationship in this matter is irretrievably broken and it is therefore

ORDERED that the renewed motion to withdraw is granted.  Joshua E. Anderson has no further responsibility for the representation of the plaintiff Molly Amir in this civil action.  It is

FURTHER ORDERED that Molly Amir shall have 30 days within which to obtain new counsel and all proceedings in this civil action are stayed during that 30-day period.

DATED:   November 23rd, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge