IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01042 RPM--BNB

MOLLY AMIR,

    Plaintiff,

v.

DENNY'S CORPORATION,

    Defendant.

---

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

---

THIS MATTER, coming before the Court upon the Motion to Amend Scheduling Order, and the Court being fully advised,

HEREBY ORDERS that good cause has been shown to amend the July 22, 2011 Scheduling Order in this matter. An Amended Scheduling Order will be entered under separate filing by this Court.

ORDERED this 10th day of January, 2012.

                BY THE COURT:

                _[signature]_
                Richard P. Matsch, Senior District Judge