IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01042-RPM

MOLLY AMIR,

    Plaintiff,

v.

DENNY'S INCORPORATED,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the status conference today, it is

ORDERED that this matter is set for trial to jury on **October 1, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED:  July 3rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge