IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01042-RPM

MOLLY AMIR,

    Plaintiff,
v.

DENNY'S INCORPORATED,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [41] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: September 12, 2012

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior Judge